```
             IN THE UNITED STATES DISTRICT COURT
           FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
```

EVAN CHARLES DIBONA,            )
                                )
            Plaintiff,          )
                                )
     v.                         )
                                )     1:25-cv-696
ARAMARK FOOD SERVICES, INC.,    )
THE SHERIFF OF DAVIDSON         )
COUNTY, DAVIDSON CO. BOARD      )
OF COM'RS, and IMS              )
CORRECTIONAL HEALTHCARE,        )
                                )
            Defendants.         )

## ORDER

On October 22, 2025, the United States Magistrate Judge's Recommendation ("Recommendation") was filed and notice was served on the parties pursuant to 28 U.S.C. § 636. (Docs. 9, 10.) No objections were filed within the time limits prescribed by Section 636.

Therefore, the court need not make a de novo review and the Magistrate Judge's Recommendation is hereby adopted.

**IT IS THEREFORE ORDERED** that the Magistrate Judge's Recommendation, (Doc. 9), is **ADOPTED. IT IS FURTHER ORDERED** that this action is **DISMISSED WITHOUT PREJUDICE,** pursuant to Federal Rule of Civil Procedure 41(b).

A Judgment dismissing this action will be entered contemporaneously with this Order.

This the 15th day of December, 2025.

/s/ William L. Osteen, Jr.
United States District Judge